UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-v-

BRYCE CATO,

          Defendant.
_____/

Case No.  23-20316

Hon.  Victoria A. Roberts

Violation:
18 U.S.C. § 922(a)(6)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(*False Statement During the Purchase of a Firearm,*
*18 U.S.C. § 922(a)(6)*)

From about August 2021 through and including November 2021, in the Eastern District of Michigan, the defendant, Bryce Cato, knowingly made false and fictious written statements in connection with the acquisition of firearms from licensed dealers, which were intended and likely to deceive the dealers about facts that were material to the lawfulness of such sales or other dispositions of the firearms to the defendant. That is, the defendant provided Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Records, to Safes Unlimited and Main Street Pawn, both licensed dealers under Chapter 44,

Title 18, United States Code, that indicated he was the actual buyer of the following:

- One Masterpiece Arms 9 mm semiautomatic pistol and one Romarm/Cugir Draco 7.62 caliber semiautomatic pistol (Safes Unlimited); and

- One Glock Model 23 semiautomatic pistol and one Glock Model 19 semiautomatic pistol (Main Street Pawn);

when in fact as the defendant then knew, he was not the actual buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DAWN N. ISON
United States Attorney

*s/ Craig Wininger*
Craig Wininger
Assistant United States Attorney
Chief, Violent & Organized Crime Unit

*s/ Matthew Roth*
Matthew Roth
Assistant United States Attorney

Dated:  June 7, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☒No | **AUSA's Initials:** *s/ M.R.* |

**Case Title:** USA v. Bryce Cato

**County where offense occurred:** Oakland

**Offense Type:** Felony

Information -- prior complaint **[Case No. 22-MJ-30021]**

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

| June 7, 2023 | *s/ Matthew Roth* |
|---|---|
| Date | Matthew Roth<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>matthew.roth2@usdoj.gov<br>(313) 226-9186<br>Bar #: P58549 |

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.